1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  SAMYA BURNEY, Bar #224049
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MIGUEL A. RUVALCABA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) No. 1:09-mj-00329 DLB
                                )
12 |        Plaintiff,           ) AMENDED STIPULATION TO CONTINUE
                                ) STATUS CONFERENCE HEARING;
13 |   v.                        ) ORDER
                                )
14 | MIGUEL A. RUVALCABA,        ) DATE:  May 6, 2010
                                ) TIME:  10:00 a.m.
15 |        Defendant.           ) JUDGE: Honorable Gary S. Austin
                                )
16

17         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that the status conference hearing in the above-entitled matter now scheduled

19 for April 8, 2010, **may be continued to May 6, 2010 at 10:00 a.m.**

20         This continuance is requested by counsel for the defendant, as defendant lives in Los Angeles and

21 he is in the process of getting his driving privileges restored by DMV.  His plea agreement is contingent

22 upon getting his driving privileges restored.  Defendant needs this time to finish the process of restoring

23 his driving privileges.  Certified Law Clerk James Hering, on behalf of the United States Attorney's

24 Office, has no objection to this request.  The requested continuance will conserve time and resources for

25 both counsel and the court.

26 ///

27 ///

28 ///

No exclusion of time is necessary because this case involves Class B misdemeanors and does not fall within the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 7, 2010

/s/ James Hering
JAMES HERING
Certified Law Clerk
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 7, 2010

/s/ Samya Burney
SAMYA BURNEY
Staff Attorney
Attorney for Defendant
Miguel A. Ruvalcaba

IT IS SO ORDERED.

Dated:   **April 7, 2010**           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference;
[Proposed] Order